

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2022

No. 04-22-00270-CV

John P. **BOERSCHIG**,
Appellant/Cross-appellee

v.

**RIO GRANDE ELECTRIC COOPERATIVE, INC.**,
Appellee/Cross-appellant,

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4205
Honorable Roland Andrade, Judge Presiding

# O R D E R

The reporter's record was originally due August 8, 2022. We granted the court reporter's first request for an extension of time, extending the deadline to file the record until September 12, 2022. On September 14, 2022, the court reporter filed a notification of late record requesting a second extension of time. After consideration, we **GRANT** the request and **ORDER** the court reporter to file the record **by October 12, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court